IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:
Arturo Vela Medrano, Jr.

Case No. 22-10708-13

Debtor(s)

State of Kansas Amber Schultz, Secretary of Labor

Adv. No. 22-05025

Plaintiff(s)

-vs-

Arturo Vela Medrano, Jr.

Defendant(s)

## JUDGMENT

On February 23, 2023, the Honorable Mitchell L. Herren, United States Bankruptcy Judge for the District of Kansas, filed Default Judgment which was entered on the docket on 02/23/2022.

IT IS THEREFORE ORDERED BY THE COURT that Default Judgment is entered in favor of the Plaintiff, State of Kansas, and against the Defendant excepting the debt from discharge pursuant to 11 U.S.C. § 523(a)(2)(B) and 11 U.S.C. § 1328 and awarding the Plaintiff its costs of $350.00.

Dated February 23, 2023

DAVID D. ZIMMERMAN, CLERK UNITED STATES BANKRUPTCY COURT

s/Sheritha Thompkins
Deputy Clerk